**Order entered August 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00546-CV

### SHEIK TEHUTI AND FAHAMME NATION OF NATIONS, Appellant

### V.

### VICTOR BALLAS, Appellee

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-01404-A**

## ORDER

Before the Court is the letter of Cathye Moreno, Official Court Reporter for the County Court at Law No. 1 inquiring if she should file the reporter's record. On July 10, 2015, the Court received an unsigned document entitled "Motion to Nonsuit" from pro se appellant. In a letter dated July 13, 2015, we notified appellant that if he intended to dismiss his appeal he needed to file a motion to dismiss that meets the requirements of rule of appellate procedure 42.1. *See* TEX. R. APP. P. 42.1. As of today's date, appellant has not filed a motion to dismiss. Accordingly, this appeal is proceeding.

On the Court's own motion, we **ORDER** Ms. Moreno to file the reporter's record within **THIRTY DAYS** of the date of this order.

/s/    ELIZABETH LANG-MIERS
JUSTICE